**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*

[*Additional Counsel Listed On Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIEL BROOKS and NORA BOROWSKY, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>CVS HEALTH CORPORATION and CVS PHARMACY, INC.,<br>Defendants. | Case No. 3:24-cv-08990-AMO<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; DECLARATION OF INES DIAZ VILLAFANA IN SUPPORT**<br><br>**(CIV. L.R. 6-1 AND 6-2)**<br><br>Hon. Araceli Martínez-Olguín |

Plaintiffs Ariel Brooks and Nora Borowsky ("Plaintiffs") and Defendants CVS Health Corporation and CVS Pharmacy, Inc. ("Defendants") (together with Plaintiffs, the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order Regarding Briefing Schedule on Defendants' Motion to Dismiss and state as follows:

**WHEREAS**, Plaintiffs filed the Complaint against Defendants on December 12, 2024 (ECF No. 1);

**WHEREAS**, the Parties previously stipulated six times to an extension for Defendants' time to answer or otherwise respond to the Complaint, with the final stipulation setting Defendants' deadline to answer or otherwise respond as April 24, 2025 (ECF No. 25);

**WHEREAS**, on April 24, 2025, Defendants filed their Motion to Dismiss, setting Plaintiffs' response to be due by May 8, 2025, Defendants' replies to be due by May 15, 2025, and for the Motion to be heard on September 11, 2025 (ECF No. 30);

**WHEREAS**, Plaintiffs' counsel has conflicting work obligations that would make it difficult to prepare a response to the Motion to Dismiss by May 8, 2025; and

**WHEREAS**, the Parties have met and conferred and agreed, subject to the Court's approval, to a short extension of the briefing schedule.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, subject to the approval of this Court, that:

1. Plaintiffs' response to Defendants' Motion shall be due on May 29, 2025.
2. Defendants' reply in support of their Motion shall be due on June 17, 2025.
3. The hearing on the Defendants' Motion shall remain on September 11, 2025 or shall be moved to such other date as is convenient for the Court.

Dated: April 30, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ *Ines Diaz Villafana*
Ines Diaz Villafana

L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)

1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*

Dated: April 30, 2025

**KELLEY DRYE & WARREN LLP**

By: _/s/ Whitney M. Smith_
Whitney M. Smith (*pro hac vice*)
Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
wsmith@kelleydrye.com
lmazzuchetti@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (SBN 350444)
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (212) 808-7551
Facsimile: (213) 547-4901
rdurrant@kelleydrye.com

*Attorneys for Defendant*

## L.R. 5-1 ATTESTATION

I, Ines Diaz Villafana, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: _/s/ Ines Diaz Villafana_
Ines Diaz Villafana

## ~~[PROPOSED]~~ ORDER

Upon review of the foregoing stipulation and the Declaration of Ines Diaz Villafana in support, and finding good cause for the same, the Court hereby orders as follows.

1. Plaintiffs' response to Defendants' Motion shall be due on May 29, 2025.
2. Defendants' reply in support of their Motion shall be due on June 17, 2025.
3. The hearing on the Defendants' Motion shall remain on September 11, 2025.

The Court VACATES the Case Management Conference set for May 22, 2025, to be reset after the pleadings are settled

**IT IS SO ORDERED.**

Dated: May 1, 2025

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge