**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*

**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (State Bar No. 350444)
rdurrant@kelleydrye.com
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (212) 808-7551
Facsimile: (213) 547-4901

*Attorneys for Defendants*
*CVS Health Corporation and*
*CVS Pharmacy, Inc.*

[*Continued on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIEL BROOKS and NORA BOROWSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION and CVS PHARMACY, INC.,<br><br>Defendants. | Case No. 3:24-cv-08990-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER AS MODIFIED ADJOURNING HEARING ON MOTION TO DISMISS PENDING MEDIATION** |

Pursuant to L.R. 6-2 and 7-7, Plaintiffs Ariel Brooks and Nora Borowsky ("Plaintiffs") filed the Complaint against Defendant CVS Health Corporation ("CVS Health") and Defendant CVS Pharmacy, Inc. ("CVS Pharmacy" and together with CVS Health, "Defendants") (Plaintiffs and Defendants, together the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 24, 2025, Defendant filed a Motion to Dismiss the Complaint with a hearing date of September 11, 2025 (ECF No. 30);

WHEREAS, briefing on the Motion to Dismiss was completed on June 17, 2025 (ECF Nos. 39, 40);

WHEREAS, on May 22, 2025, the Court referred the Parties to private mediation, with counsel to file a joint status report regarding mediator selection and mediation schedule by June 27, 2025 (ECF No. 38);

WHEREAS, on June 25, 2025, the Parties informed the Court that they have agreed to mediate with Robert Meyer, Esq. of JAMS on October 28, 2025 (ECF No. 41);

WHEREAS, to conserve the Parties' resources prior to the mediation and focus principally on potential settlement, the Parties desire to adjourn the hearing on the Motion to Dismiss until after the scheduled mediation;

NOW THEREFORE, the Parties hereby stipulate as follows:

1. The hearing on the Motion to Dismiss shall be adjourned until after the mediation on October 28, 2025, to **November 20, 2025**, to the extent that date is convenient for the Court.

Dated: August 25, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Ines Diaz Villafana*
Ines Diaz Villafana

L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
idiaz@bursor.com

*Attorney for Plaintiffs*

Dated: August 25, 2025

**KELLEY DRYE & WARREN LLP**

By: */s/ Whitney M. Smith*
Whitney M. Smith

Whitney M. Smith (*pro hac vice*)
wsmith@kelleydrye.com
Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
lmazzuchetti@kelleydrye.com
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

Rebecca B. Durrant (State Bar No. 350444)
rdurrant@kelleydrye.com
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (212) 808-7551
Facsimile: (213) 547-4901

*Attorneys for Defendants CVS Health Corp. and CVS Pharmacy, Inc.*

**L.R. 5-1 ATTESTATION**

I, Ines Diaz Villafana, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ Ines Diaz Villafana*
Ines Diaz Villafana

# ~~[PROPOSED]~~ ORDER AS MODIFIED

Pursuant to the Parties' stipulation, and for good cause shown, the hearing on the Motion to Dismiss shall be continued until **January 15, 2026**, after the Parties' October 28, 2025 mediation.

**IT IS SO ORDERED.**

DATED: August 26, 2025

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge