**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ARIEL BROOKS and NORA BOROWSKY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CVS HEALTH CORPORATION and CVS PHARMACY, INC.,

Defendants.

Case No. 3:24-cv-08990-AMO

Hon. Araceli Martínez-Olguín

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE DEADLINES PENDING MEDIATION**

Pursuant to L.R. 6-2 and 7-7, Plaintiffs Ariel Brooks and Nora Borowsky ("Plaintiffs") filed the Complaint against Defendant CVS Health Corporation ("CVS Health") and Defendant CVS Pharmacy, Inc. ("CVS Pharmacy" and together with CVS Health, "Defendants") (Plaintiffs and Defendants, together the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, as the Parties have informed the Court, through various Joint Status Reports, that the Parties are continuing to engage in mediation sessions with Robert Meyer, Esq. of JAMS. *See* ECF Nos. 41, 48, 50, 52.

WHEREAS, as the Parties last informed the Court in their Joint Status Report filed on January 7, 2026, the Parties are currently scheduled to attend a follow-up mediation session with Mr. Meyer on March 17, 2026. ECF No. 52.

WHEREAS, on May 22, 2025, the Court entered a minute order setting the case deadlines, including Plaintiffs' deadline to file a motion for class certification on March 20, 2026, Defendants' deadline to oppose Plaintiffs' motion for class certification on May 19, 2026, and Plaintiffs' reply in support of their motion for class certification on July 7, 2026. ECF No. 38.

WHEREAS, given the Parties' progress and continuing efforts in resolving this case through mediation, the Parties request the Court stay all pending case deadlines until the Parties finalize their mediation efforts.

WHEREAS, the Parties, however, ***do not*** request a stay on their deadline to submit a further status report within seven days of their following mediation session, as ordered in ECF No. 53.

WHEREAS, the Parties make their request to stay the case deadlines to conserve the Parties' and Court's resources while the Parties continue to make meaningful progress in mediation.

NOW THEREFORE, the Parties hereby stipulate that the Court stay all pending case deadlines, excluding any deadlines to update the Court in regards to the Parties' mediation sessions, until the Parties conclude their mediation efforts.

Dated: February 11, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
Max S. Roberts

Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*

Dated: February 11, 2026

**KELLEY DRYE & WARREN LLP**

By: */s/ Whitney M. Smith*
Whitney M. Smith

Whitney M. Smith (*pro hac vice*)
wsmith@kelleydrye.com
Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
lmazzuchetti@kelleydrye.com
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

Rebecca B. Durrant (State Bar No. 350444)
rdurrant@kelleydrye.com
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (212) 808-7551
Facsimile: (213) 547-4901

Stephanie A. Carroll (*pro hac vice*)
scarroll@kelleydrye.com
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Defendants CVS Health Corp. and CVS Pharmacy, Inc.*

**L.R. 5-1 ATTESTATION**

I, Max S. Roberts, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ Max S. Roberts*
Max S. Roberts

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and for good cause shown, all case deadlines, excluding any deadlines requiring the Parties to update the Court on the status of mediation, shall be stayed until the Parties complete their mediation efforts.

**IT IS SO ORDERED.**

DATED: ______________________

______________________________
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE