**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ARIEL BROOKS and NORA BOROWSKY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CVS PHARMACY, INC.,

Defendants.

Case No. 4:24-cv-08990-AMO

Hon. Araceli Martínez-Olguín

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Ariel Brooks and Nora Borowsky respectfully submit this Notice Voluntary Dismissal of their Claims Against Defendant, CVS Pharmacy, Inc. Plaintiff Ariel Brooks dismisses her claims *without* prejudice. Plaintiff Nora Borowsky dismisses her claims *with* prejudice. Dismissing this action will not prejudice any named or unnamed class members. Class members are not releasing any claims against Defendant CVS Pharmacy, Inc., and so do not need to be notified. Each party shall bear its own costs.

Dated: May 14, 2026

**BURSOR & FISHER, P.A.**

By: /s/ *Max S. Roberts*
Max S. Roberts

Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*